USCA1 Opinion

 

 August 30, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2382 WILLIAM FERGUSON, Plaintiff, Appellant, v. PLUMBERS & PIPEFITTERS LOCAL UNION #4 ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ William V. Ferguson Jr. on brief pro se. _______________________ ____________________ ____________________ Per Curiam. Pro se plaintiff William Ferguson ___________ ___ __ appeals a district court judgment that dismissed his civil rights complaint as frivolous under 28 U.S.C. 1915(d). We have thoroughly reviewed the record and Ferguson's brief on appeal. We agree that this case is wholly frivolous and affirm the judgment for the reasons stated in the district ______ court's memorandum and order. See Local Rule 27.1. ___